# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Mark Waynick

*Defendant*

)
)
)
)
)
)
)

Case: 1:22-mj-00028
Assigned to: Judge Meriweather, Robin M.
Assign Date: 2/14/2022
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mark Waynick,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2) and (4) - Entering and Remaining in a Restricted Building or Grounds, Disorderly and Disruptive Conduct in a Restricted Building or Grounds, and Act of Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) and (F) - Utter Loud, Threatening, or Abusive Language, Engage in Disorderly or Disruptive Conduct, and Acts of Physical Violence in a Capitol Building or Grounds;
18 U.S.C. 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers.

Date: 02/14/2022

Zia M. Faruqui
2022.02.14
14:41:45 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/17/2022, and the person was arrested on *(date)* 02/17/2022
at *(city and state)* Charlotte, TN.

Date: 02/17/2022

SA R____
*Arresting officer's signature*

Preston Grantham, FBI Special Agent
*Printed name and title*