UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 22-MJ-00028 (RMM) |
| | : |
| MARK WAYNICK | : |
| JERRY MCKANE WAYNICK, | : |
| | : |
| Defendant. | : |

## ORDER

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the preliminary hearing scheduled on February 7, 2023 be continued for good cause, and shall take place on March 23, 2023 at 1:00 p.m. before Magistrate Judge Zia M. Faruqui; and it is further

**ORDERED** that the time between February 7, 2023 and March 23, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and additional time to review discovery.

THE HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE